## UNITED STATES COURT OF INTERNATIONAL TRADE

TOPCON POSITIONING SYSTEMS, INC.,

                              Plaintiff,

            v.                                          **Court No. 14-00189**

UNITED STATES,

                              Defendant.

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Richard K. Eaton, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                              /s/ Mark A. Barnett
                              Mark A. Barnett
                              Chief Judge