**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HON. JOSEPH A. LAROSKI, JR., JUDGE**

| | |
|---|---|
| TOPCON POSITIONING SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 14-00336 |
| TOPCON POSITIONING SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 15-00020 |
| TOPCON POSITIONING SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Court No. 15-00021 |

**REMOVAL FROM SUSPENSION CALENDAR AND STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

These actions, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade ("USCIT Rules"), are stipulated for judgment on the agreed statement of facts enumerated below. Pursuant to Rule 83(l) of the USCIT Rules, the parties understand that this Stipulated Judgment on Agreed Statement of Facts will effectuate removal of these actions from the Suspension Calendar. The parties agree that:

1. The protests and the actions involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise in the entries set forth in Schedules A, B, and C, attached, consists of rotating laser levels and pipe laser levels ("imported laser levels") and parts and accessories thereof ("imported parts and accessories") (collectively, "imported merchandise").

3. The imported laser levels were liquidated by U.S. Customs and Border Protection ("CBP") under subheading 9031.49.90 of the Harmonized Tariff Schedule of the United States ("HTSUS"), at a duty rate of 3.5 percent *ad valorem*.

4. The imported parts and accessories were liquidated by CBP under subheading 9031.90.58, HTSUS, at a duty rate of 3.5 percent *ad valorem*.

5. The stipulable imported laser levels are classifiable under subheading 9015.30.40, HTSUS, duty free.

6. The stipulable imported parts and accessories are classifiable under subheading 9015.90.00, HTSUS, duty free.

7. The imported merchandise, covered by the entries set forth on the attached Schedules A, B, and C, is stipulable in accordance with this agreement.

8. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

9. All other claims with respect to the entries subject to the summonses in the above-captioned cases are abandoned.

10. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

9/30/2026
MYLES S. GETLAN

Myles S. Getlan
James Ransdell
Jonathan M. Zielinski
CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
(202) 567-2304

Angela S. Santos
Leah N. Scarpelli
ARENT FOX LLP
1717 K Street, N.W.
Washington DC 20036
(202) 857-6000
*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

9/30/2026
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

9/30/2026
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

IT IS HEREBY ORDERED that these actions are decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

/s/ Joseph A. Laroski, Jr.
Joseph A. Laroski, Judge

Date: October 1, 2026

**SCHEDULE A TO STIPULATED JUDGMENT**
**Merchandise Covered by USCIT Ct. No. 14-00336**

| Port | Protest No. | Entry No. | Line No. | Description of Merchandise |
|---|---|---|---|---|
| Los Angeles (2791) | 2720-13-100009 | U35-1281813-9 | Line 1 | Rotating Laser RL-SV2S (RB) w/o Remote Controller |

**SCHEDULE B TO STIPULATED JUDGMENT**
**Merchandise Covered by USCIT Ct. No. 15-00020**

| Port | Protest No. | Entry No. | Line No. | Description of Merchandise |
|---|---|---|---|---|
| San Francisco (2801) | 2809-13-100116 | U35-2292512-3 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | U35-2292398-7 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |

**SCHEDULE C TO STIPULATED JUDGMENT**
**Merchandise Covered by USCIT Ct. No. 15-00021**

| Port | Protest No. | Entry No. | Line No. | Description of Merchandise |
|---|---|---|---|---|
| San Francisco (2801) | 2809-12-100530 | U35-2290383-1 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2290115-7 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | Line 5 | Rotating Laser RL-H3D TAURUS |
| | | U35-2290213-0 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | | Laser Sensor LS-B110 |
| | | | Line 6 | Holder Spacer 1 |
| | | U35-2290300-5 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | Line 3 | Positioning Zone Laser Transmitter PSL-1A w/standard accessories |
| | | | Line 4 | Laser Sensor LS-B110 |
| | | U35-2290038-1 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | 2809-13-100254 | U35-2290453-2 | Line 1 | TRIBRACH-10 |
| | | | | Tribrach Adapter S2 |
| | | U35-2290562-0 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 3 | TRIBRACH-10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2290493-8 | Line 1 | EDM PCB unit GPT-3100 |
| | | | | Protect cover C assembly RL-100 2S |
| | | | | Up panel RC-4/Prism |
| | 2809-13-100327 | U35-2290701-4 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |

| | | | | |
|---|---|---|---|---|
| | | | Line 4 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 5 | Laser Sensor LS-B110 |
| | | U35-2290880-6 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 3 | Tribrach 10 |
| | | U35-2290986-1 | Line 1 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 2 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2291085-1 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Tribrach 10 |
| | 2809-13-100351 | U35-2291097-6 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | U35-2291289-9 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | U35-2291413-5 | Line 2 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 4 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2291514-0 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | | Line 3 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | 2809-13-100427 | U35-2291620-5 | Line 1 | Tribrach 10 |
| | | | Line 3 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |

| | | | | |
|---|---|---|---|---|
| | | U35-2291820-1 | Line 2 | Tribrach 10 |
| | | | | Holder Spacer 1 |
| | | U35-2291822-7 | Line 1 | FC-250 PCB A |
| | | U35-2291823-5 | Line 3 | SB179A Pole Attachment |
| | | U35-2291961-3 | Line 2 | LeMans Repeater |
| | 2809-13-100470 | U35-2291948-0 | Line 1 | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | | Line 3 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | U35-2292262-5 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2292176-7 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 3 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2292076-9 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | Line 3 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | 2809-13-100609 | U35-2292654-3 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 3 | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2292656-8 | Line 1 | Telescope tube ASSY PZL-1/PZS/1 |
| | | | | Vial Assy G5(New) AT-G5. |
| | | U35-2292732-7 | Line 3 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | | Line 6 | LeMans Repeater |
| | | U35-2292896-0 | Line 1 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | U35-2292899-4 | Line 1 | Tribrach 10 |

| | | | | |
|---|---|---|---|---|
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | 2809-13-100722 | U35-2292999-2 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | U35-2293103-0 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | | Line 3 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | U35-2293227-7 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2293318-4 | Line 1 | Tribrach 10 |
| | 2809-14-100036 | U35-2293740-9 | Line 2 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2293894-4 | Line 1 | Positioning Zone Sensor PZS-1 w/standard accessories |
| | | | Line 2 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | U35-2293623-7 | Line 2 | Wireless unit |
| | | U35-2293824-1 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | | Line 3 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |
| | | | | Holder Spacer 1 |
| | | | Line 4 | Laser Sensor PZS-MC |
| | | | | Laser Sensor LS-B110W |
| | | | Line 5 | Laser Transmitter PZL-1A |
| | | U35-2294091-6 | Line 1 | Tribrach 10 |
| | | | | Tribrach Adapter S2 |